IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANNA M. ARTHURS, )
    Plaintiff, )
v. ) C.A. No. 13-17 Erie
 )
MICHAEL J. ASRUE, )
    Defendant. )

AMBROSE, Senior District Judge

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on January 15, 2013, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on December 11, 2013, recommended that Plaintiff's Motion for Summary Judgment (ECF No. 8) be denied, Defendant's Motion for Summary Judgment (ECF No. 10) be granted, and the decision of the ALJ be affirmed.

The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff and Defendant by NEF. No objections were filed. After de novo review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 9th Day of January, 2014, it is ordered that Plaintiff's Motion for Summary Judgment (ECF No. 8) is DENIED, Defendant's Motion for Summary Judgment (ECF No. 10) is GRANTED, and the decision of the ALJ is affirmed.

The report and recommendation of Magistrate Judge Baxter, dated December 11, 2013, is adopted as the opinion of the court.

DONETTA W. AMBROSE
United States Senior District Judge